**Robbie SHERRON, Plaintiff–Appellant,**

v.

**Todd PINION, Region Director; Dester Gibbs, Superintendent of Program's Health Services; Cindy Hayns, Coordinator for Mountain View Corr.; Jennie Salter, Psychologist; Frank Perry, Secretary of Public Safety, NCDPS/DAC–Prisons; Dr. Paula Y. Smith, MD, Chief of Health Services, NCDPS/DAC Prisons; Mike Slagle, Prison Unit #4855 Mountain View Adminis-**

trator, NCDPS/DAC; Norma Melton, Supervisor over Medical Services at Mountain View Prison, NCDPS/DAC Prisons; Keith C. Damico, PA Medical Doctor Assistant at 4855 Mountain View Prison Unit; Dexter Gibbs, Assistant Superintendent of Programs Services, etc., at 4855 Mountain View Corr., Defendants–Appellees.

No. 16-6639

United States Court of Appeals, Fourth Circuit.

Submitted: August 25, 2016

Decided: August 30, 2016

Robbie Sherron, Appellant Pro Se.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Sherron appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to exhaust administrative remedies.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sherron v. Pinion, No. 1:15–cv–00181–FDW, 2016 WL 951662 (W.D.N.C. Mar. 9, 2016). We deny Sherron's motions to appoint counsel. We dispense with oral

* We conclude that the order is "final and appealable because no amendment to the complaint could cure [the] procedural shortcom-

argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

ing [identified by the district court]." Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 624 (4th Cir. 2015).